CAPSTAN GLASS COMPANY, Appellant, v. VACUUM SEAL COMPANY, INC., and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an amended answer within ten days from service of order upon payment of ten dollars costs of motion

at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.